**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**ERNEST DALE IRVIN**                                                            **PLAINTIFF**

v.                                                    **CIVIL ACTION NO.: 3:10CV094-M-A**

**TAKE CARE HEALTH MISSISSIPPI, P.C.,
SUE MORRISSON, FNP, JENNIFER DAVIS, M.D.,
TOYOTA MOTOR MANUFACTURING MISSISSIPPI, INC.,
AND JOHN DOES 1-5**                                       **DEFENDANTS**

**STIPULATION OF DISMISSAL OF TAKE CARE HEALTH MISSISSIPPI, P.C.,
<u>SUE MORRISSON, FNP AND JENNIFER DAVIS, M.D.</u>**

IT IS HEREBY stipulated by and among the Plaintiff and all remaining Defendants that all claims and contentions of liability alleged in the Complaint of the Plaintiff, Ernest Dale Irvin, filed in the above-styled and numbered cause against the Defendants, Take Health Mississippi, P.C., Sue Morrisson, FNP, and Jennifer Davis, M.D., are hereby dismissed, with prejudice, pursuant to Rule 41(a)(1)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE with each party to bear their own costs.

STIPULATED, this the 22nd day of June, 2011.

                                                  CHAPMAN, LEWIS & SWAN, PLLC
                                                  Counsel for Plaintiff , Ernest Dale Irvin

                                                  BY: <u>/s/ Dana J. Swan</u>
                                                        Dana J. Swan, MSB #8088

                                                  MITCHELL, MCNUTT & SAMS, P.A.
                                                  Counsel for Defendant, Jennifer Davis, M.D.

                                                  BY: <u>/s/ John G. Wheeler</u>
                                                        John G. Wheeler, MSB #8622

HOLLAND, RAY, UPCHURCH & HILLEN, P.A.
Counsel for Defendants, Take Care Health Mississippi, P.C., Sue Morrisson, FNP


BY: /s/ Robert K. Upchurch
    Robert K. Upchurch, MSB #5769